IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01646-WYD-MEH

DANIEL SANCHEZ,

    Plaintiff,

v.

McDONALD'S RESTAURANTS OF COLORADO, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2012.**

    The Stipulated Motion to Amend Caption to reflect the proper name of the Defendant [filed August 29, 2012; docket #13] is **granted**.  The Clerk of the Court is directed to amend the caption in this case as shown above.