IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-01646-WYD-MEH

DANIEL SANCHEZ,

    Plaintiff,

v.

MCDONALD'S RESTAURANTS OF COLORADO, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Motion To Withdraw Stipulated Motion To Amend The Scheduling Order [ECF No. 20], filed on January 4, 2013. After careful consideration, it is

ORDERED that the parties' joint motion [ECF No. 20] is **GRANTED**, and the parties' Stipulated Motion To Amend The Scheduling Order And Request For Expedited Ruling [ECF No. 19] is **WITHDRAWN** from the record.

Dated: January 7, 2013.

                                      BY THE COURT:

                                      <u>s/ Wiley Y. Daniel</u>
                                      Wiley Y. Daniel
                                      Senior U. S. District Judge