IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-01646-WYD-MEH

DANIEL SANCHEZ,

    Plaintiff,

v.

MCDONALD'S RESTAURANTS OF COLORADO, INC.,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties' Joint Motion To Withdraw Stipulated Motion To Amend The Scheduling Order [ECF No. 20], filed on January 4, 2013.  After careful consideration, it is

    ORDERED that the parties' joint motion [ECF No. 20] is **GRANTED**, and the parties' Stipulated Motion To Amend The Scheduling Order And Request For Expedited Ruling [ECF No. 19] is **WITHDRAWN** from the record.

    Dated:  January 7, 2013.

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         Wiley Y. Daniel
                                         Senior U. S. District Judge