IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01646-WYD-MEH

DANIEL SANCHEZ,

    Plaintiff,

v.

McDONALD'S RESTAURANTS OF COLORADO, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2013.**

The second Stipulated Motion to Amend Scheduling Order, Stay Discovery Pending Mediation and Extend Discovery Response Deadline [filed February 12, 2013; docket #25] is **granted in part and denied in part**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Deadline for service of written discovery: | April 10, 2013 |
| Initial expert designation: | March 13, 2013 |
| Rebuttal expert designation: | April 12, 2013 |
| Discovery cutoff: | May 13, 2013 |
| Dispositive motions deadline: | June 13, 2013 |

The Court will grant no further extensions of these deadlines absent a showing of exceptional cause.

The motion is denied as moot with respect to the parties' requests to extend the discovery response deadline (a stipulation properly filed pursuant to D.C. Colo. LCivR 6.1A requires no approval by the Court) and to stay discovery pending mediation (the 30-day extensions granted herein will provide the necessary delay in anticipation of the outcome of the mediation).

In addition, the Final Pretrial Conference currently scheduled for July 22, 2013 is **vacated and rescheduled** to **August 15, 2013 at 9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.