IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-01646-WYD-MEH

DANIEL SANCHEZ,

    Plaintiff,

v.

MCDONALD'S RESTAURANTS OF COLORADO, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Motion For Approval Of FLSA Settlement And Dismissal With Prejudice [ECF No. 31], filed on March 27, 2013. After carefully reviewing the above-captioned case, I find that the settlement should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Joint Motion For Approval Of FLSA Settlement And Dismissal With Prejudice [ECF No. 31] is **GRANTED** and the parties' settlement is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**. Each party bears its own attorney fees and costs.

    Dated:  April 15, 2013.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior U. S. District Judge